IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00579-RPM-CBS

ADINA STEIN

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO, INC., a corporation.

    Defendant.

---

### **ORDER <u>GRANTING</u> UNOPPOSED MOTION TO VACATE THE SETTLEMENT CONFERENCE**

This matter comes before the Court on Defendant's Unopposed Motion to Vacate the Settlement Conference (doc. no. 16). The Court, having read the motion and being otherwise advised, hereby:

ORDERS that Defendant's motion is GRANTED and the July 29, 2008 settlement conference is VACATED. The parties shall create a conference call, then contact the Magistrate Judge's chambers (303.844.2117) to schedule a new date for the settlement conference.

DATED at Denver, Colorado, this *25th day of July, 2008.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              Craig B. Shaffer
                              United States Magistrate Judge