IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel.  Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**.  Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **December 5, 2008,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

Has all discovery been completed?
Is it reasonable to expect that counsel will agree on a pretrial order
without convening a pretrial conference?
Are any motions pending or contemplated?
Is this a jury trial?
What is the expected length of trial?
What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date.  Counsel responsible for the case must be present to respond to the court's questions.  Trial dates are expected to be within six months of the Calendar Call.

Dated: September 29, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

<u>**CALENDAR CALL**</u>

December 5, 2008

<u>**8:00 a.m.**</u>

| | | |
|---|---|---|
| 07-cv-395 | JENNIFER ANNE BLAIR v.<br>THE UNIVERSITY OF COLORADO AT DENVER<br>AND HEALTH SCIENCES CENTER through its<br>Board, THE REGENTS OF THE UNIVERSITY<br>OF COLORADO | Seth J. Benezra<br>John A. Culver<br>Daniel E. Friesen<br>Shannon Henderson<br>Patrick O'Rourke |
| 07-cv-1366 | RAUL SERRANO v.<br>ARKINS PARK STONE CORP. and<br>SPRAGUE REAL ESTATE, LLC | Rosemary Orsini<br>Dennis J. Baarlaer |
| 07-cv-2107 | CHANELLE COSPER v.<br>ASURION PROTECTION SERVICES, LLD, Donald L. Samuels<br>f/k/a LOCK/LINE, LLC | Theodore J. Finn |
| 07-cv-2114 | RICK BARNHART v.<br>CAREFREE/SCOTT FETZER COMPANY<br>d/b/a CAREFREE OF COLORADO | John Zodrow<br>Stephen D. Bell<br>Jennifer Good |
| 07-cv-2277 | JOHN FITZGERALD v.<br>DAVID KRIEN;<br>KRIEN METHOD, INC.;<br>KRIEN METHOD INDUSTRIES, LLC; and<br>DAVID KRIEN, LLC | Kris J. Kostolansky<br>Joshua F. Bugos<br>T. Lane Wilson<br>Conor Farley |
| 07-cv-2278 | INA JEAN FLETCHER v.<br>LARIMER COUNTY SHERIFF'S OFFICE and<br>JAMES A. ALDERDEN | Michael T. Lowe<br>Jeannine S. Haas<br>William Ressue |
| 07-cv-2547 | CHRISTINE LEVY LEONARD v.<br>ADVANCE STORES COMPANY, INC.;<br>f/k/a Tire and Auto Holdings, Inc.;<br>ADVANCE MERCHANDISING COMPANY, INC., and<br>ADVANCE AUTO PARTS, INC. | Edward J. Cord<br>William T. O'Connell |

<u>**8:30 a.m.**</u>

| | | |
|---|---|---|
| 07-cv-2613 | KATHY PUSATORY v.<br>PUEBLO SCHOOL DISTRICT #60<br>BOARD OF EDUCATION PUEBLO SCHOOL<br>DISTRICT #60 | Douglas Gradisar<br>Sonja S. McKenzie<br>James L. Pagano |

**8:30 a.m.** (Cont'd)

| | | |
|---|---|---|
| 07-cv-2663 | SHARON HUNTER v.<br>FARMERS GROUP, INC. | John R. Olsen<br>Stephanie Ries<br>Thomas P. Johnson |
| 08-cv-558 | ELLIOT DRIGGS v.<br>CHERRY CREEK SCHOOL DISTRICT NO. 5 | H. Craig Skinner<br>Sonja S. McKenzie<br>Maria T. Lighthall |
| 08-cv-1092 | SANDRA K. KLINGE v.<br>TARGET CORPORATION d/b/a<br>  SUPERTARGET | Cornell Johnson<br>John R. Chase<br>Paul R. Flick |
| 08-cv-71 | HARLEY BARFOOT v.<br>PUBLIC SERVICE COMPANY OF COLORADO<br>  d/b/a EXCEL ENERGY | John A. Kintzele<br>Susan P. Klopman<br>Meghan W. Martinez |
| 08-cv-208 | JEFFREY DOUGLAS GUSEMAN v.<br>CITY OF LAKEWOOD,<br>BRYAN FEIK, and<br>BRIAN LOVEJOY | Brice A. Tondre<br>Thomas J. Lyons<br>Joseph Sanchez<br>Andrew J. Fisher |
| 08-cv-579 | ADINA STEIN v.<br>KAISER FOUNDATION HEALTH PLAN<br>  OF COLORADO, INC. | Diane Vaksdal Smith<br>Brian M. Mumaugh<br>Mark B. Wiletsky |