IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00579-RPM-CBS

ADINA STEIN,

        Plaintiff,

vs.

KAISER FOUNDATION HEALTH PLAN OF COLORADO, INC.,
a corporation,

        Defendant.
_____

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

Upon consideration of the parties' Stipulated Motion to Dismiss with Prejudice under Rule 41(a)(1)(ii), FED. R. CIV. P. [25], it is

ORDERED that this action is dismissed with prejudice.

Dated: September 30th, 2008

        By the Court:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge